UNCLASSIFIED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No: 2:22-CR-95-TOR-1 |
| v. | ) | |
| | ) | |
| ALI ZUHER ABDULRADA, | ) | |
| | ) | |
| Defendant. | ) | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 6 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**(U) PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(U) This matter is before the Court on the government's classified ex parte, in camera, sealed Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Fed. R. Crim. P. 16(d)(1) ("CIPA Section 4 Motion").

(U) The Court, having carefully considered the government's CIPA Section 4 Motion, GRANTS the government's Motion in its entirety.

(U) Accordingly, IT IS ORDERED that the government is authorized to withhold the specified classified information from discovery to the defense.

(U) IT IS FURTHER ORDERED that the government's classified CIPA Section 4 Motion shall not be disclosed to the defense, and shall be sealed and maintained in a facility appropriate for the storage of such classified information by the Classified Information Security

UNCLASSIFIED

UNCLASSIFIED

Officer as the designee of the Clerk of Court, in accordance with established security procedures, for any future review, until further order of this Court.

(U) IT IS SO ORDERED, this __16th__ day of __May__ 2023.

_____
The Honorable Thomas O. Rice
United States District Judge

UNCLASSIFIED